UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE ORTEGA HERNANDEZ, *on behalf of himself, FLSA Collective Plaintiffs, and the Class*,<br><br>Plaintiff,<br><br>-against-<br><br>NHR HUMAN RESOURCES, LLC, NEW HOLLAND RESIDENCES, LLC, SUGAR HILL CAPITAL PARTNERS LLC, MARGARET GROSSMAN, and JEREMY SALZBERG,<br><br>Defendants | Case No.: 1:20-cv-03109 (VF) |

**NOTICE OF PLAINTIFF'S UNOPPOSED MOTION FOR CERTIFICATION OF THE SETTLEMENT CLASS, FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT, AND APPROVAL OF THE FLSA SETTLEMENT**

For the reasons set forth in (i) the Memorandum of Law in Support of Plaintiff's Unopposed Motion for Certification of the Settlement Class, Final Approval of the Class Action Settlement, and Approval of the FLSA Settlement ("Plaintiff's Motion for Final Approval") and (ii) the Declaration of C.K. Lee in Support of Plaintiff's Unopposed Motion for Certification of the Settlement Class, Final Approval of the Class Action Settlement, and Approval of the FLSA Settlement, and the exhibits attached thereto, Plaintiff respectfully requests that the Court enter the proposed Order, attached hereto as **EXHIBIT 1**.

Dated: June 21, 2022                                Respectfully submitted,

**LEE LITIGATION GROUP, PLLC**

By:    */s/ C.K. Lee*
       C.K. Lee, Esq.
       Anne Seelig, Esq.
       148 West 24th Street, Eighth Floor
       New York, NY 10011
       Tel.: 212-465-1188
       *Attorneys for Plaintiff, FLSA Collective Plaintiffs and the Class*