UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

JOSE ORTEGA HERNANDEZ,
on behalf of himself, FLSA Collective Plaintiffs,
and the Class,

                      Plaintiff,

            -against-

NHR HUMAN RESOURCES, LLC, NEW
HOLLAND RESIDENCES, LLC, SUGAR HILL
CAPITAL PARTNERS LLC, MARGARET
GROSSMAN, and JEREMY SALZBERG,

                    Defendants.
------------------------------------------------------------------X

20-CV-03109 (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       The telephonic fairness hearing originally scheduled for August 15, 2022 is hereby rescheduled for **Wednesday, October 12, 2022 at 11:00 a.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code 9781335.**

**SO ORDERED.**

DATED:    New York, New York
               August 16, 2022

                                                _____
                                                VALERIE FIGUEREDO
                                                United States Magistrate Judge